UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IZQUIERDO,

              Plaintiff,

       -against-

34TH STREET DINER INC., SCOTT CAMPBELL, TED DANIIL, GEORGE KRPEYAN, and ALEXANDROS SGOURDOS,

              Defendants.

**ORDER**

21 Civ. 4799 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The conference currently scheduled for October 7, 2021 is adjourned <u>sine die</u>.

Dated: New York, New York
       October 4, 2021

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge